IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CHAD WHITE,

          Plaintiff,

v.                        CIVIL ACTION NO. 2:22-cv-00214

EVIDENT ID INC., et al.,

          Defendants.

### ORDER

The court has been advised by counsel of the pending settlement of Plaintiff's claims against Defendant Evident ID Inc. ("Evident") in this this action. Accordingly, the court **ORDERS** that the remaining requirements of the Scheduling Order be continued as to Evident. The parties may submit an agreed order of dismissal within sixty days of the entry of this Order. Otherwise, the court will dismiss Evident ID from this action without prejudice.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:    August 2, 2022

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE